IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEVIN L. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:21-cv-00955 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| WOODBURY AUTO GROUP LLC ) | |
| and KHATAB ALAZAWY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Plaintiff Kevin L. Brown, a Tennessee resident, filed a pro se Amended Complaint against Defendants Woodbury Auto Group LLC and Khatab Alazawy under the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301, *et seq.*; Motor Vehicle Information and Cost Savings Act, 49 U.S.C. § 32705, *et seq.*; Tennessee Consumer Protection Act, Tenn. Code Ann. § 47-18-125; and Tennessee tort law. (Doc. No. 7). The Amended Complaint alleges that Defendants induced Plaintiff's purchase of a defective used motor vehicle through fraud, misrepresentation, concealment, and statutory violations. (Id.) Plaintiff also submitted an application to proceed in forma pauperis. (Doc. No. 6). Because the information Plaintiff provided establishes that he cannot pay the full civil filing fee in advance without "undue hardship," *Foster v. Cuyahoga Dep't of Health and Human Servs.*, 21 F. App'x 239, 240 (6th Cir. 2001), the application (Doc. No. 6) is **GRANTED**. 28 U.S.C. § 1915(a).

Before proceeding to initial review, the Court must address that the Amended Complaint is unsigned. A pro se plaintiff in federal court must personally sign any complaint. *See* Federal Rule of Civil Procedure 11(a); *People of Ta'Al Amooruc Republic v. All Foreign Agents &*

*Agencies of United States Corp. Co.*, No. 3:18-cv-01208, 2018 WL 5983002, at *3 (M.D. Tenn. Nov. 14, 2018) (explaining that an adult litigant who wishes to proceed pro se must personally sign the complaint). Accordingly, Plaintiff **MUST** sign and return the Amended Complaint to the Clerk of Court within **30 DAYS** of the date this Order is entered on the docket. The Clerk **SHALL** mail a copy of the Amended Complaint to Plaintiff for this purpose. If Plaintiff fails to comply or request an extension by the deadline, the Court will review only the original, signed Complaint.[1] (Doc. No. 1).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Additional resources for pro se litigants, including forms, handbooks, and information sheets, are available on the Court's website. *See* https://www.tnmd.uscourts.gov/representing-yourself-federal-court.