# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KEVIN BROWN, ) | |
| Plaintiff, ) | |
| v. ) | NO. 3:21-cv-00955 |
| WOODBURY AUTO GROUP, et al., ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 23), which was filed on June 7, 2022. Through the Report and Recommendation, the Magistrate Judge recommends that Defendants' Motion to Dismiss (Doc. No. 17) be denied without prejudice to being refiled in compliance with the Local Rules of Court. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendants' Motion to Dismiss (Doc. No. 17) is **DENIED** without prejudice to refiling in compliance with the Local Rules of Court.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE