IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KEVIN BROWN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:21-cv-00955 |
| WOODBURY AUTO GROUP, et al., | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge Frensley's Report and Recommendation (Doc. No. 35), which was filed on January 30, 2023. Through the Report and Recommendation, Judge Frensley recommends that Plaintiff's Application for Temporary Restraining Order with Equitable Relief and Order to Show Cause Why Preliminary Injunction Should Not Issue (Doc. No. 20) be denied. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Plaintiff's application (Doc. No. 20) is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE