IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEVIN L. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:21-cv-00955 |
| ) | |
| WOODBURY AUTO GROUP LLC and ) | JUDGE CAMPBELL |
| KHATAB DABSHEE, ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is Magistrate Judge Frensley's Report and Recommendation, which was filed on July 17, 2023. (Doc. No. 67). Through the Report and Recommendation, Judge Frensley recommends that Defendants' pending motion to dismiss (Doc. No. 54) be granted and that this case be dismissed with prejudice. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendants' motion to dismiss (Doc. No. 54) is **GRANTED** and this action is **DISMISSED** with prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE